**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Chi-Cargo, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3667671** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2311 Touhy Avenue** <br> **Elk Grove Village, IL 60007** <br> Number, Street, City, State & ZIP Code | <br> <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Chi-Cargo, Inc.**                                                                Case number (*if known*) _____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Chi-Cargo, Inc.**
        Name    Case number (*if known*)

---

**11. Why is the case filed in** *Check all that apply:*
**this district?**

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
    preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or** ☐ No
**have possession of any**
**real property or personal** ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?** **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
    livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency  _____
        Contact name    _____
        Phone           _____

---

 **Statistical and administrative information**

**13. Debtor's estimation of** .    *Check one:*
**available funds**
☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of** ☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
**creditors**           ☐ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
                    ☐ 100-199       ☐ 10,001-25,000      ☐ More than100,000
                    ☐ 200-999

---

**15. Estimated Assets**   ☐ $0 - $50,000             ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                    ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                    ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities** ☐ $0 - $50,000             ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                    ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                    ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor   **Chi-Cargo, Inc.**
_____        _____
Name                                                                                         Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2017**
                      _____
                      MM / DD / YYYY

**X** **/s/ Joe Farias**                                               **Joe Farias**
_____        _____
Signature of authorized representative of debtor               Printed name

Title   **President**
        _____

**18. Signature of attorney**

**X** **/s/ Joshua D. Greene**                         Date   **April 25, 2017**
_____               _____
Signature of attorney for debtor                                    MM / DD / YYYY

**Joshua D. Greene**
_____
Printed name

**Springer Brown, LLC**
_____
Firm name

**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
_____
Number, Street, City, State & ZIP Code

Contact phone   **630-510-0000**            Email address   **www.springerbrown.com**
                _____                            _____

**6292914**
_____
Bar number and State

Debtor   Chi-Cargo, Inc.                                          Case number (*if known*) _____
         Name

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/21/2017
              MM / DD / YYYY

X _____          Joe Farias
Signature of authorized representative of debtor    Printed name

Title   **President**

---

**18. Signature of attorney**

X _____          Date   4/21/17
Signature of attorney for debtor                   MM / DD / YYYY

**Joshua D. Greene**
Printed name

**Springer Brown, LLC**
Firm name

**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone   630-510-0000        Email address   www.springerbrown.com

6292914
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   Chi-Cargo, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

████ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____     X _____
                                            Signature of individual signing on behalf of debtor

                                            **Joe Farias**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   Chi-Cargo, Inc. _____ Case number *(if known)* _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Roxana Farias | $54,000 Salary | 2016-2017 | |
| | **Relationship to debtor** <br> President | | | |
| 30.2 | Joseph Farias | $18,000 Salary | 2016-2017 | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

Name of the parent corporation                     Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

Name of the parent corporation                     Employer Identification number of the parent corporation

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____                     Joe Farias
Signature of individual signing on behalf of the debtor                     Printed name

Position or relationship to debtor   President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re  Chi-Cargo, Inc.                             Case No. _____

                                Debtor(s)            Chapter     **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **139**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: April 21, 2017                                     _____

                                      **Joe Farias/President**
                                      Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chi-Cargo, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Chi-Cargo, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

4/21/17

Date

**Joshua D. Greene**

Signature of Attorney or Litigant
Counsel for   **Chi-Cargo, Inc.**
**Springer Brown, LLC**
**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**
**www.springerbrown.com**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Chi-Cargo, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 25, 2017__        X /s/ Joe Farias
                                      Signature of individual signing on behalf of debtor

                                      **Joe Farias**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Chi-Cargo, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................   $    **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................   $    **1,367,014.05**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................   $    **1,367,014.05**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **555,938.84**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **427,726.11**

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b      $    **983,664.95**

**Fill in this information to identify the case:**

Debtor name  **Chi-Cargo, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **MB Financial** | **Checking** | | $8,473.65 |
| 3.2. | **Wintrust** | **Checking** | | $56,488.40 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                          $64,962.05
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Chi-Cargo, Inc.** | Case number *(If known)* | |
| | Name | | |

| 11a. 90 days old or less: | **607,537.00** | - | **0.00** | = .... | **$607,537.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.** | **$607,537.00** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** **Conference Tabla and 6 chairs** | **$0.00** | | **$600.00** |
| | **10 File Cabinets** | **$0.00** | | **$750.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **3 Document Scanners** | **$0.00** | | **$300.00** |
| | **9 Office Workstations with chairs** | **$0.00** | | **$4,500.00** |
| | **11 Computer Towers with Flatscreens** | **$0.00** | | **$5,500.00** |
| | **Server Tower with Profit Tools System** | **$0.00** | | **$23,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Chi-Cargo, Inc.** | Case number *(If known)* | |
| | Name | | |

| | Net book value | Current value |
|---|---|---|
| **4, 53' Trailers (Scrap value)** | $0.00 | $16,800.00 |
| **4 used 53' Trailers** | $0.00 | $10,800.00 |
| **3 2005 53' Stoughton Trailers** | $0.00 | $18,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $80,750.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **5 2016 24' Freightliner Box Trucks** | $0.00 | | $305,000.00 |
| 47.2. **2012 International 4300 24' Box Truck** | $0.00 | | $26,000.00 |
| 47.3. **6 2012 ProStar International Tractors** | $0.00 | | $168,000.00 |
| 47.4. **2013 International Transtar** | $0.00 | | $32,000.00 |
| 47.5. **2005 International Tractor 9100<br>Cummins Engine** | $0.00 | | $6,500.00 |
| 47.6. **2007 International Tractor 9200<br>Caterpillar Engine** | $0.00 | | $19,000.00 |
| 47.7. **3 2001 International Tractors 9100<br>Cummins Engine** | $0.00 | | $19,500.00 |
| 47.8. **2000 International Tractor L10<br>Caterpillar Engine** | $0.00 | | $4,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Chi-Cargo, Inc.**                                                         Case number *(If known)*  _____
           Name

| | | | |
|---|---|---|---|
| 47.9. | **2 2003 International Tractors 9100 Cummins Engine** | $0.00 | $3,000.00 |
| 47.10. | **2000 International Tractor L13 Caterpillar Engine** | $0.00 | $1,500.00 |
| 47.11. | **2000 International Tractor L13 Caterpillar Engine** | $0.00 | $3,000.00 |
| 47.12. | **2003 International 4300 DT466 24' Box Truck** | $0.00 | $2,000.00 |
| 47.13. | **2000 Dropdeck Trailer** | $0.00 | $2,500.00 |
| 47.14. | **2003 Toyota Forklift 3000lb Cpacity** | $0.00 | $1,800.00 |
| 47.15. | **2003 Toyota Forklift 3000lb Capacity** | $0.00 | $3,500.00 |
| 47.16. | **2012 Smiths Detection Ionscan Screening Machine** | $0.00 | $15,000.00 |
| 47.17. | **3 HP desk Printers** | $0.00 | $115.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **3 Pallet Jacks** | $0.00 | $300.00 |
| **Miller Electric Welder** | $0.00 | $350.00 |
| **Air Compressor** | $0.00 | $700.00 |

51.    **Total of Part 8.**                                                                          | $613,765.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Chi-Cargo, Inc.**                                    Case number *(If known)* _____
          Name

☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|----------|-------------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|----------|----------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **Chi-Cargo, Inc.**
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64,962.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $607,537.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $80,750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $613,765.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,367,014.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,367,014.05 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Chi-Cargo, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **BMO Harris Bank** | | | |
|---|---|---|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien | | $19,891.13 | $26,000.00 |
| **111 W. Monroe St.**<br>**Chicago, IL 60603** | **2012 International 4300 24' Box Truck** | | | |
| Creditor's mailing address | Describe the lien<br>**Automobile loan** | | | |
| | Is the creditor an insider or related party? | | | |
| | ☑ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | Is anyone else liable on this claim? | | | |
| **Date debt was incurred** | ☑ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number**<br>**3001** | As of the petition filing date, the claim is:<br>Check all that apply | | | |
| **Do multiple creditors have an interest in the same property?** | ☐ Contingent | | | |
| ☑ No | ☐ Unliquidated | | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed | | | |

| 2.2 | **BMO Harris Bank** | | $187,019.00 | $168,000.00 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien | | |
| **111 W. Monroe St.**<br>**Chicago, IL 60603** | **6 2012 ProStar International Tractors** | | |
| Creditor's mailing address | Describe the lien<br>**Automobile loan** | | |
| | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**5001;9001** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Chi-Cargo, Inc.**
_____
Name    Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mercedez Benz Financial Services** | Describe debtor's property that is subject to a lien | $319,926.00 | $305,000.00 |

Creditor's Name

**5 2016 24' Freightliner Box Trucks**

**13650 Heritage Parkway
Fort Worth, TX 76177**
Creditor's mailing address

Describe the lien
**Automobile loan**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2015**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7001**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

| 2.4 | **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $9,526.71 | $18,000.00 |

Creditor's Name

**3 2005 53' Stoughton Trailers**

**1310 Madrid St
Marshall, MN 56258**
Creditor's mailing address

Describe the lien
**Automobile loan**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**12/2014**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

| 2.5 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $19,576.00 | $32,000.00 |

Creditor's Name

**2013 International Transtar**

**600 South 4th St.
MACN9300-100
Minneapolis, MN 55415**
Creditor's mailing address

Describe the lien
**Automobile loan**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Chi-Cargo, Inc.**                                          Case number (if know)
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**
**2013**
**Last 4 digits of account number**
**7700**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $555,938.84

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Chi-Cargo, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.00 |
| **Aable License Consultants** P.O. Box 7460 Westchester, IL 60154 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595.93 |
| **Accurate Door Service** 1213 West Capitol Drive 5 Addison, IL 60101 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,503.39 |
| **Acme Truck Brake & Supply** 2333 Arthur Ave Elk Grove Village, IL 60007 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| **Administrative Retirement Services** 2S-545 IL Route 53 Glen Ellyn, IL 60137 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.83 |
|---|---|---|---|

**Airgas North Central**
**P.O. Box 802576**
**Chicago, IL 60680-2576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.37 |
|---|---|---|---|

**Alexian Brothers Corp. Health Servi**
**25466 Network Place**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|

**American Lamprecht Inc.**
**2218 Landmeier Rd**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |
|---|---|---|---|

**Asher Business Systems, LLC**
**P.O. Box 711**
**Lithia Springs, GA 30122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**At&T**
**P.O. Box 8100**
**Aurora, IL 60507-8100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Atlas Lift Truck**
**5050 N River Rd**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,666.22 |
|---|---|---|---|

**Atlas Toyota Material Handling**
**27294 Network Place**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Chi-Cargo, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**BSNF Railway**
**5066 Collection Ctr. Drive**
**Chicago, IL 60677-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cargo Maxx Systems**
**2311 Touhy Avenue**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.47 |
|---|---|---|---|

**Chicago International Trucks**
**Dept 10271**
**P.O. Box 87618**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Chicago Truck Dock Inc.**
**34518 N Leonard**
**Ingleside, IL 60041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,455.00 |
|---|---|---|---|

**CHINA SHIPPING CONTAINER Lines**
**P.O. Box 420**
**11 Phillips Pkwy**
**Montvale, NJ 07645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $971.39 |
|---|---|---|---|

**Cintas**
**P.O. Box 636525**
**Cincinnati, OH 45263-6525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,484.60 |
|---|---|---|---|

**Citgo**
**P.O. Box2224**
**Birmingham, AL 35246-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,753.65 |
|---|---|---|---|

**Citibusiness Card**
P.O. Box 78045
Phoenix, AZ 85062-8045

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**Cleannet of Illinios**
9861 Broken Lane Parkway Ste 205
Columbia, MD 21046

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.67 |
|---|---|---|---|

**Cogs Enterprises Inc.**
P.O. Box 1391
Arlington Heights, IL 60006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ComCast Chicago**
P.O. Box 3001
Southeastern, PA 19398-3001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,436.56 |
|---|---|---|---|

**Comdata Network, Inc.**
P.O. Box 900
Brentwood, TN 37024-0900

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Commercial Janitorial Management**
872 South Milwaukee
Libertyville, IL 60048

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,782.00 |
|---|---|---|---|

**Conserv FS Inc.**
97791 Eagle Way
Chicago, IL 60678

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,785.67 |
|---|---|---|---|

**Coverall North America, Inc.**
2955 Momentum Place
Chicago, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Cowan Systems, LLC**
4555 Hollins Ferry Rd.
Halethorpe, MD 21227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,357.82 |
|---|---|---|---|

**Crosswind Cloud Services**
1221 Farmington Lakes Dr
Oswego, IL 60543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.79 |
|---|---|---|---|

**Dayton Freight**
P.O. Box 340
Vandalia, OH 45377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,886.50 |
|---|---|---|---|

**Direct Chasslink**
P.O. Box 603061
Charlotte, NC 28260-3061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.30 |
|---|---|---|---|

**Direct Container Line, Inc.**
857 East 230th Street
Carson, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elliot & Associates Attorneys P.C.**
1430 Lee Street
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,203.26 |
|---|---|---|---|

**Estes**
P.O. Box 25612
Richmond, VA 23260-5612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.00 |
|---|---|---|---|

**Faermark & Williams LLC**
1900 South Highland Ave Ste 100
Lombard, IL 60148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,129.16 |
|---|---|---|---|

**Fed Ex**
P.O. Box 1306
Palatine, IL 60055-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |
|---|---|---|---|

**Fix A Lift Inc.**
P.O. Box 4
Streamwood, IL 60107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.31 |
|---|---|---|---|

**Fleet Equipment Center**
555 E South Frontage Rd
Bolingbrook, IL 60440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.75 |
|---|---|---|---|

**Fleet Matics**
P.O. Box 347472
Pittsburgh, PA 15251-4472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Fourth Seacoast Publishing**
25300 Littlle Mack Ave
Saint Clair Shores, MI 48081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chi-Cargo, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Fourth Seacoast Publishing**
25300 Litttle Mack Ave
Saint Clair Shores, MI 48081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Frank Truck & Trailer Repair**
904 E Krage Dr
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Geraldo Quinoes**
202 Beverly Lane
Hobart, IN 46342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.53 |
|---|---|---|---|

**Glacial Energy**
4354 N Kenmore Ave #1N
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,932.50 |
|---|---|---|---|

**Gordon Transport Inc.**
608 Glacier Trail
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.47 |
|---|---|---|---|

**Grainger**
475 E. Algonquin Rd.
Arlington Heights, IL 60005-4620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $434.00 |
|---|---|---|---|

**Grant Scale Company**
754 Industrial drive
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Chi-Cargo, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.34 |
|---|---|---|---|

**Hackney's Classic Heating & Cooling**
P.O. Box 72395
Roselle, IL 60172

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Hanjin Global Logistics**
2777 Finley Rd.
Downers Grove, IL 60515

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Hanjin Shipping Co., LTD**
80 Route 4 East Ste 490
Paramus, NJ 07652

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Hapag-Lloyd (America) Inc.**
P.O. Box 88851
Chicago, IL 60695

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.32 |
|---|---|---|---|

**Heritage-Crystal Clean LLC**
13621 Collections Center Dr.
Elgin, IL 60123

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301.68 |
|---|---|---|---|

**Humana #533% Citibank Lockbox ops**
8430 W Bryn Mawr
3rd Floor
Chicago, IL 60605

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Hyundai America Shipping**
7701 Las Colinas Ridge Ste 400
Irving, TX 75039

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chi-Cargo, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**
**I.M. Castillo Trucking LLC**
**1827 Mark Street**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Illinois Commerce Commission**
**527 E Capital**
**Springfield, IL 62706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$611.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Illinois Tollway**
**P.O. Box 5544**
**Chicago, IL 60680-5544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$399.80**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Intergrated Services**

**Chicago, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Jordan & Associates**
**1618 Rand Road**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Joseph Farias**
**5N521 Abilene Trail**
**Bloomingdale, IL 60108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$84,000.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Kennedy Transport Services**
**95 INIP Dr**
**Inwood, NY 11906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,990.00**

---

Debtor    **Chi-Cargo, Inc.**
Name

Case number *(if known)*

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.12** |
|---|---|---|---|

**Labelmaster**
P.O. Box 46402
Chicago, IL 60646-0402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.87** |
|---|---|---|---|

**Land Air Express JPS2004 Accnts Rec**
P.O. Box 2250
Bowling Green, KY 42100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Leahy-Wolf**
1724 W Armitage Ste A
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206.25** |
|---|---|---|---|

**Lectro Lift Inc**
P.O. Box 8035
Bartlett, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Lufthansa**

Chicago O'Hare
Chicago, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maersk Equipment**
9300 Arrowpoint Blvd
Charlotte, NC 28273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |
|---|---|---|---|

**Mark Signs, Inc.**
4335 N Atlantic Ave
Schiller Park, IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Mediterranean Shipping Co. USA**
**700 Watermark Blvd.**
**Awendaw, SC 29429**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$2,967.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Metlife**
**P.O. Box 990087**
**Hartford, CT 06199-0087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$786.16**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Mid-Town Petroleum, Inc.**
**9707 South 76th Ave.**
**Bridgeview, IL 60455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Midland Snow & Ice Management**
**60 E. Hill St**
**Villa Park, IL 60181**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,403.76**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Midwest Insurance Agency**
**975 w Hawthorne Dr**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Miller Ace Industrial**
**621 E Devon Ave**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$146.13**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Munroe Storage**
**23715 W Rolf Rd**
**Plainfield, IL 60586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$110.00**

---

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,690.73 |
|---|---|---|---|

**My Office Products**
P.O. Box 306003
Nashville, TN 37230-6003

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,515.00 |
|---|---|---|---|

**Navistar Capitol BMO Harris Bank**
P.O. Box 71810
Chicago, IL 60694-1810

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.90 |
|---|---|---|---|

**Nemo's Repair Service**
508 Orchard Terrace
Roselle, IL 60172

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**NIC Technologies (DOT)**
P.O. Box 219907
Kansas City, MO 64121-9907

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicor Gas**
PO Box 416
Aurora, IL 60568-0001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.75 |
|---|---|---|---|

**North American Chasiss Pool**
22 Stanley St
Nashville, TN 37210

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.26 |
|---|---|---|---|

**NovaVision Inc.**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Chi-Cargo, Inc.
_____
    Name    Case number (if known) _____

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |

**NYK (NA) Inc.**
**CTAS P.O. Box 547**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.50 |

**NYK Line**
**1138 N Germantown Pkwy**
**Suite 101-311**
**Cordova, TN 38016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.50 |

**NYK Line (NA) Inc.**
**Dep.3362 P.O. Box 123362**
**Dallas, TX 75312-3362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.65 |

**O'Hare Towing**
**2424 Wisconsin Ave**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.50 |

**O'Hare Truck Service**
**2424 Wisconsin Street**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $416.03 |

**Office Max**
**75 Remittance Dr.**
**Chicago, IL 60675-2698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.96 |

**Penske Truck Leasing**
**P.O. Box 812577**
**Chicago, IL 60680-2577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chi-Cargo, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**People**
2435 Tech Center Parkway
Lawrenceville, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.00** |
|---|---|---|---|

**Pitney Bowers Global Financial Serv**
P.O. Box 37874
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$408.50** |
|---|---|---|---|

**Pomp's Audio Online**
**Polk Audio Online**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$666.00** |
|---|---|---|---|

**Portable Power Wash**
2718 Connolly Ave Lane
Dundee, IL 60118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Power Clean**
342 Marion Ave
Glen Ellyn, IL 60137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Premier Delivery Incorporated**
8455 S. 77th Ave.
Bridgeview, IL 60455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$862.00** |
|---|---|---|---|

**Premier Trailer Leasing**
P.O. Box 206553
Dallas, TX 75320-6553

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.00 |
|---|---|---|---|

**Profit Tools**
249 Calef Hwy
Lee, NH 03861

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.32 |
|---|---|---|---|

**Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Quality Mobile Truck Repair**
2400 American Lane
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
|---|---|---|---|

**R & B Supply Co Inc.**
P.O. Box 10367
Van Nuys, CA 91410-0367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.25 |
|---|---|---|---|

**Receivable Management Services**
P.O. Box 361595
Columbus, OH 43236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,522.55 |
|---|---|---|---|

**Republic Services**
P.O. Box 9001154
Louisville, KY 40290-1154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,121.08 |
|---|---|---|---|

**Ryder Transportation Services**
P.O. Box 96723
Chicago, IL 60693-6723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Chi-Cargo, Inc. | |
|---|---|---|
| | Name | Case number *(if known)* |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Sagitaurus Inc**<br>**1737 N Lorel Ave**<br>**1st Floor**<br>**Chicago, IL 60638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$817.00** |
|---|---|---|---|
| | **SAIA Motor Freight**<br>**15W460 N Frontage Rd**<br>**Willowbrook, IL 60527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$447.00** |
|---|---|---|---|
| | **Securetech Solutions LLC**<br>**202 W Ravine Court**<br>**Barrington, IL 60010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.00** |
|---|---|---|---|
| | **Soloman Casas** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,565.40** |
|---|---|---|---|
| | **Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,737.10** |
|---|---|---|---|
| | **Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$785.02** |
|---|---|---|---|
| | **State Farm Insurance Support Ctr**<br>**P.O. Box 680001**<br>**McAllen, TX 78502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address

**Sunrise Transfer Inc.**
**2100 Estes Ave**
**Unit C**
**Prospect Heights, IL 60070**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,657.50**

---

**3.111** | Nonpriority creditor's name and mailing address

**Superior Personnel**
**14 Congress  Circle**
**Roselle, IL 60172**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$98.10**

---

**3.112** | Nonpriority creditor's name and mailing address

**Supple Soutlet Com**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$199.92**

---

**3.113** | Nonpriority creditor's name and mailing address

**Terminal Supply Co**
**1800 Thunderbird**
**Troy, MI 48084**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$280.70**

---

**3.114** | Nonpriority creditor's name and mailing address

**The Hartford**
**P.O. Box 2907**
**Hartford, CT 06104-2907**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,622.02**

---

**3.115** | Nonpriority creditor's name and mailing address

**The PJC Group**
**1011 Manor Dr**
**Wilmette, IL 60091**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.116** | Nonpriority creditor's name and mailing address

**Thrift Trucking**
**P.O. Box 4141**
**Peoria, IL 61607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$228.61**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Chi-Cargo, Inc.**

Case number (if known) ___

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.00 |

**Titan Safety Management Inc**
**2360 Palmer Ranch Dr**
**New Lenox, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Toshiba America**
**P.O. Box 436357**
**Louisville, KY 40253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,696.50 |

**Trac Intermodal % US Bank**
**P.O. Box 952064**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**Trailer Logistics Co Inc**
**P.O. Box 128**
**Libertyville, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |

**Translantic North America Inc**
**1525 Chase Ave**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $984.95 |

**Tri State Propane**
**P.O. Box 430**
**Minooka, IL 60447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $368.00 |

**UASC**
**511 South Ave**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,356.29**

Uline
Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

Union Pacific Railroad
5074 Collections Center Dr
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

United Leasing (IL) LLC
4N760 Turnmill Ln
West Chicago, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,456.37**

United Transportation LLC
4N760 Turnmill lane
West Chicago, IL 60185

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,829.24**

UPS Supply
P.O. Box 730900
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.86**

Village of Elk Grove
901 Wellington Ave
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.80**

Washington National
P.O. Box 223388
Pittsburgh, PA 15251-2388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chi-Cargo, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.80 |
|---|---|---|---|

**Waterlogic**
P.O. Box 513030
Philadelphia, PA 19185-3030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,002.34 |
|---|---|---|---|

**Wells Fargo Equipment Finance**
733 Marquette Ave
Prairie Du Chien, WI 53821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $565.21 |
|---|---|---|---|

**Wentworth Tire Service**
300 N York Rd
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.33 |
|---|---|---|---|

**Xtra Lease**
P.O. Box 99262
Chicago, IL 60693-9262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 427,726.11 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 427,726.11 |

**Fill in this information to identify the case:**

Debtor name    **Chi-Cargo, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Land and Building Lease Agreement dated 12/27/11** | |
| State the term remaining    **14 years** | |
| List the contract number of any government contract | **7743, LLC** |

**Fill in this information to identify the case:**

Debtor name __**Chi-Cargo, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Joseph Farias** | | **US Bank Equipment Finance** | ■ D __**2.4**__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Chi-Cargo, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$642,777.00** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$3,200,463.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$4,710,494.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Chi-Cargo, Inc. | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| **MB Financial**<br>**800 W. Madison St.**<br>**Chicago, IL 60607** | **Funds in checking account seized by lender after declaration of technical default**<br>Last 4 digits of account number: _____ | 4/3/17 | $34,670.00 |

---

| Part 3: | Legal Actions or Assignments |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

---

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

---

Debtor    **Chi-Cargo, Inc.** _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Springer Brown, LLC**<br>**300 South County Farm Road**<br>**Suite I**<br>**Wheaton, IL 60187** | **$3,500 Retainer** | **4/17/17** | **$3,500.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Debtor    Chi-Cargo, Inc.
_____    Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Chi-Cargo, Inc. 401(k) Profit Sharing Plan** | EIN: |

Has the plan been terminated?
☐ No
■ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Chi-Cargo, Inc.**                                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Debtor    **Chi-Cargo, Inc.**

Case number *(if known)* _____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jordan & Associates, Ltd.** **1618 North Rand Rd.** **Arlington Heights, IL 60004** | **2005-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Joseph Farias** **2311 Touhy Avenue** **Elk Grove Village, IL 60007** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph Farias** | **5N521 Abilene Trail** **Bloomingdale, IL 60108** | **President** | **50% Shareholder** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roxana Farias** | **5N521 Abilene Trail** **Bloomingdale, IL 60108** | **Secretary** | **50% shareholder** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

---

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 6

Debtor    **Chi-Cargo, Inc.**                                           Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Roxana Farias** | **$54,000 Salary** | **2016-2017** | |
| **Relationship to debtor** **President** | | | |
| 30.2 **Joseph Farias** | **$18,000 Salary** | **2016-2017** | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2017**

**/s/ Joe Farias**                                          **Joe Farias**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Chi-Cargo, Inc.**             Case No. _____

Debtor(s)       Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 25, 2017**
*Date*

    **/s/ Joshua D. Greene**
    **Joshua D. Greene**
    *Signature of Attorney*
    **Springer Brown, LLC**
    **300 S. County Farm Road**
    **Suite I**
    **Wheaton, IL 60187**
    **630-510-0000  Fax: 630-510-0004**
    **www.springerbrown.com**
    *Name of law firm*

---

## Advance Payment Retainer Agreement

I, _Chi - Cargo, Inc._ the undersigned, hereinafter referred to as "Client", agree to employ Springer Brown, LLC., hereinafter referred to as "Attorney", to render legal services in connection with filing a Chapter7 bankruptcy for me, and hereby empower and authorize Attorney to do all things, in their sole discretion, reasonably necessary to bring the matter to a successful conclusion. Client acknowledges that the following advance payment retainer agreement has been fully explained, and Client agrees to pay said fees and costs in consideration of legal services rendered or to be rendered.

Client agrees to pay Attorney a fee of $ _3,500_ for services set forth below. In addition, Client agrees to pay all costs, including the filing fee for the bankruptcy $335.00.

This retainer agreement is an advance payment retainer agreement. The funds Client has agreed to pay Attorney shall be deposited in the Springer Brown, LLC General Operating Account and ownership of said hands shall pass to Springer Brown, LLC immediately upon payment.

As our client, it is your option to have your money placed into a security retainer. The choice of the type of retainer to be used is yours alone.

The special purpose for this advance payment retainer is to allow Client to retain Attorney to represent him against creditors. Client understands that it is advantageous to treat his retainer as an advance payment retainer in that it protects the funds paid to Attorney from the claims of his creditors. It this retainer were treated as a security retainer, said funds would remain the property of Client and therefore subject to the claims of the Client's creditors.

It is understood that the above referenced flat fee is payment for services rendered and services to be performed. The services include: review of financial status; review of various documents related to debts and obligations; counseling as to various types of bankruptcy chapters; effect of bankruptcy on future ability to obtain new credit; effect of reaffirmation, redemption, avoiding, liens and surrendering property; specific advice regarding how to avoid bankruptcy and alternatives to bankruptcy; complete drafting of all required bankruptcy documents; revision and redraft of final bankruptcy documents; attending creditors' meeting, and closing file.

Client agrees that additional attorney's fees will be due should additional representation become necessary, including, but not limited to any 2004l examination, any adversary proceedings, objections to discharge, or any other action, hearing or representation that is not specified in the preceding paragraph of this agreement. Said additional representation shall be covered by a separate legal services agreement and will require an additional retainer.

The Client agrees that should he decide not to file bankruptcy or decide not to continue using Attorney's services, Attorney may charge against any retainer paid the amount of $350.00 per hour for all services rendered to date, plus actual costs incurred.

Client agrees to cooperate in the preparation of the bankruptcy case, to appear for the creditors' meeting, depositions and court appearances and to comply with all reasonable requests made in preparation of this bankruptcy case. Failure to cooperate may result in Court-imposed sanctions and Attorney's withdrawal from the case.

Client understands that he shall receive copies of all documents related to his file. Client should retain those documents as his copy of his file. Should Client require additional copies of the Attorney's file the Client understands that he will be charged for those copies.

Client understands that his file shall be kept no more than five years. Should Client require copies of any documents or the return of original documents provided to Attorney he must request those copies in writing before the expiration of that five-year period.

It is agreed that upon the event of any default or breach of any kind under this agreement by Client, Attorney reserves the right to withdraw as counsel of record for Client. It is further agreed that Client shall not have any recourse or claim against Attorney for damages following the withdrawal of Attorney as Client's counsel.

In some cases it may be necessary to hire an attorney outside Attorney's firm. This attorney will be paid out of the retainer paid to Attorney. Client expressly consents to the hiring of an outside attorney to cover court dates as needed.

Client understands that it is the Client's responsibility to provide Attorney with a complete and accurate list of creditors and other information requested on Attorney's Debt Listing Sheet and Questionnaire. The Client further understands that any debts not listed in his bankruptcy schedules may not be discharged. If Client fails to provide Attorney with all information necessary to prepare the necessary documents and said failure necessitates the amending of the schedules or Statement of Financial Affairs, Client agrees to pay an additional $100.00 to cover the fees and costs of said amendment.

The fees charged in connection with this bankruptcy and for bankruptcy issues only. They do not included resolution of any matters involving credit information.

This constitutes the entire agreement between the Attorney and Clients regarding attorneys' fees and/or services provided in the engagement, the parties agree to resolve that dispute through mediation, followed by arbitration before any suit is filed.

Attorney is a debt relief agency and helps people file for relief under the Bankruptcy Code.

### *Special Financial Management Course Notice*

Client MUST provide Attorney with a copy of Client's Certificate of Completion of Financial Management Course. If Client fails to ensure that Attorney has received and filed the required Certificate of Completion of Financial Management Course, the Client shall be responsible for payment of the case reopening fee and additional Attorney's fees of $600.00 for filing a motion to reopen the case and file said certificate. Attorney is under no obligation to file any motion to reopen Client's case until the above referenced fees and costs are paid.

_____            _____
                Client                                                    Client

By Client's signature below, Client acknowledges understanding the terms of this agreement and agrees to abide by its provisions. Client has received a copy of this agreement for his records no later than five business days after the first date on which the Attorney provided any bankruptcy assistance services to client.

Dated: _____

_____       _____
Client                                                              Client

_____
Attorney

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Chi-Cargo, Inc.**

_____   Case No. _____
Debtor(s)                                  Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................   $ _____3,500.00

    Prior to the filing of this statement I have received .........................   $ _____3,500.00

    Balance Due ...............................................................................   $ _____0.00

2.  $__**0.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_4/21/17_____          _____
Date                               **Joshua D. Greene**
                                   _Signature of Attorney_
                                   **Springer Brown, LLC**
                                   **300 S. County Farm Road**
                                   **Suite I**
                                   **Wheaton, IL 60187**
                                   **630-510-0000  Fax: 630-510-0004**
                                   **www.springerbrown.com**
                                   _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Chi-Cargo, Inc.**                                                                    Case No.

_____              Chapter  **7**  _____
                                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____ **139**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 25, 2017**                         **/s/ Joe Farias**
_____         _____
                                        **Joe Farias**/**President**
                                        Signer/Title

7743, LLC


Aable License Consultants
P.O. Box 7460
Westchester, IL 60154


Accurate Door Service
1213 West Capitol Drive 5
Addison, IL 60101


Acme Truck Brake & Supply
2333 Arthur Ave
Elk Grove Village, IL 60007


Administrative Retirement Services
2S-545 IL Route 53
Glen Ellyn, IL 60137


Airgas North Central
P.O. Box 802576
Chicago, IL 60680-2576


Alexian Brothers Corp. Health Servi
25466 Network Place
Chicago, IL 60657


American Lamprecht Inc.
2218 Landmeier Rd
Elk Grove Village, IL 60007


Asher Business Systems, LLC
P.O. Box 711
Lithia Springs, GA 30122


At&T
P.O. Box 8100
Aurora, IL 60507-8100


Atlas Lift Truck
5050 N River Rd
Schiller Park, IL 60176

Atlas Toyota Material Handling
27294 Network Place
Chicago, IL 60638


BMO Harris Bank
111 W. Monroe St.
Chicago, IL 60603


BSNF Railway
5066 Collection Ctr. Drive
Chicago, IL 60677-3001


Cargo Maxx Systems
2311 Touhy Avenue
Elk Grove Village, IL 60007


Chicago International Trucks
Dept 10271
P.O. Box 87618
Chicago, IL 60638


Chicago Truck Dock Inc.
34518 N Leonard
Ingleside, IL 60041


CHINA SHIPPING CONTAINER Lines
P.O. Box 420
11 Phillips Pkwy
Montvale, NJ 07645


Cintas
P.O. Box 636525
Cincinnati, OH 45263-6525


Citgo
P.O. Box2224
Birmingham, AL 35246-0017


Citibusiness Card
P.O. Box 78045
Phoenix, AZ 85062-8045


Cleannet of Illinios
9861 Broken Lane Parkway Ste 205
Columbia, MD 21046

Cogs Enterprises Inc.
P.O. Box 1391
Arlington Heights, IL 60006

ComCast Chicago
P.O. Box 3001
Southeastern, PA 19398-3001

Comdata Network, Inc.
P.O. Box 900
Brentwood, TN 37024-0900

Commercial Janitorial Management
872 South Milwaukee
Libertyville, IL 60048

Conserv FS Inc.
97791 Eagle Way
Chicago, IL 60678

Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689

Cowan Systems, LLC
4555 Hollins Ferry Rd.
Halethorpe, MD 21227

Crosswind Cloud Services
1221 Farmington Lakes Dr
Oswego, IL 60543

Dayton Freight
P.O. Box 340
Vandalia, OH 45377

Direct Chasslink
P.O. Box 603061
Charlotte, NC 28260-3061

Direct Container Line, Inc.
857 East 230th Street
Carson, CA 90745

Elliot & Associates Attorneys P.C.
1430 Lee Street
Des Plaines, IL 60018


Estes
P.O. Box 25612
Richmond, VA 23260-5612


Faermark & Williams LLC
1900 South Highland Ave Ste 100
Lombard, IL 60148


Fed Ex
P.O. Box 1306
Palatine, IL 60055-0306


Fix A Lift Inc.
P.O. Box 4
Streamwood, IL 60107


Fleet Equipment Center
555 E South Frontage Rd
Bolingbrook, IL 60440


Fleet Matics
P.O. Box 347472
Pittsburgh, PA 15251-4472


Fourth Seacoast Publishing
25300 Littlle Mack Ave
Saint Clair Shores, MI 48081


Frank Truck & Trailer Repair
904 E Krage Dr
Addison, IL 60101


Geraldo Quinoes
202 Beverly Lane
Hobart, IN 46342


Glacial Energy
4354 N Kenmore Ave #1N
Chicago, IL 60613

Gordon Transport Inc.
608 Glacier Trail
Roselle, IL 60172


Grainger
475 E. Algonquin Rd.
Arlington Heights, IL 60005-4620


Grant Scale Company
754 Industrial drive
Bensenville, IL 60106


Hackney's Classic Heating & Cooling
P.O. Box 72395
Roselle, IL 60172


Hanjin Global Logistics
2777 Finley Rd.
Downers Grove, IL 60515


Hanjin Shipping Co., LTD
80 Route 4 East Ste 490
Paramus, NJ 07652


Hapag-Lloyd (America) Inc.
P.O. Box 88851
Chicago, IL 60695


Heritage-Crystal Clean LLC
13621 Collections Center Dr.
Elgin, IL 60123


Humana #533% Citibank Lockbox ops
8430 W Bryn Mawr
3rd Floor
Chicago, IL 60605


Hyundai America Shipping
7701 Las Colinas Ridge Ste 400
Irving, TX 75039


I.M. Castillo Trucking LLC
1827 Mark Street
Elgin, IL 60123

Illinois Commerce Commission
527 E Capital
Springfield, IL 62706


Illinois Tollway
P.O. Box 5544
Chicago, IL 60680-5544


Intergrated Services
Chicago, IL


Jordan & Associates
1618 Rand Road
Arlington Heights, IL 60004


Joseph Farias
5N521 Abilene Trail
Bloomingdale, IL 60108


Joseph Farias


Kennedy Transport Services
95 INIP Dr
Inwood, NY 11906


Labelmaster
P.O. Box 46402
Chicago, IL 60646-0402


Land Air Express JPS2004 Accnts Rec
P.O. Box 2250
Bowling Green, KY 42100


Leahy-Wolf
1724 W Armitage Ste A
Addison, IL 60101


Lectro Lift Inc
P.O. Box 8035
Bartlett, IL 60103

Lufthansa
Chicago O'Hare
Chicago, IL


Maersk Equipment
9300 Arrowpoint Blvd
Charlotte, NC 28273


Mark Signs, Inc.
4335 N Atlantic Ave
Schiller Park, IL 60176


Mediterranean Shipping Co. USA
700 Watermark Blvd.
Awendaw, SC 29429


Mercedez Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177


Metlife
P.O. Box 990087
Hartford, CT 06199-0087


Mid-Town Petroleum, Inc.
9707 South 76th Ave.
Bridgeview, IL 60455


Midland Snow & Ice Management
60 E. Hill St
Villa Park, IL 60181


Midwest Insurance Agency
975 w Hawthorne Dr
Itasca, IL 60143


Miller Ace Industrial
621 E Devon Ave
Elk Grove Village, IL 60007


Munroe Storage
23715 W Rolf Rd
Plainfield, IL 60586

My Office Products
P.O. Box 306003
Nashville, TN 37230-6003


Navistar Capitol BMO Harris Bank
P.O. Box 71810
Chicago, IL 60694-1810


Nemo's Repair Service
508 Orchard Terrace
Roselle, IL 60172


NIC Technologies (DOT)
P.O. Box 219907
Kansas City, MO 64121-9907


Nicor Gas
PO Box 416
Aurora, IL 60568-0001


North American Chasiss Pool
22 Stanley St
Nashville, TN 37210


NovaVision Inc.


NYK (NA) Inc.
CTAS P.O. Box 547
East Brunswick, NJ 08816


NYK Line
1138 N Germantown Pkwy
Suite 101-311
Cordova, TN 38016


NYK Line (NA) Inc.
Dep.3362 P.O. Box 123362
Dallas, TX 75312-3362


O'Hare Towing
2424 Wisconsin Ave
Downers Grove, IL 60515

O'Hare Truck Service
2424 Wisconsin Street
Downers Grove, IL 60515


Office Max
75 Remittance Dr.
Chicago, IL 60675-2698


Penske Truck Leasing
P.O. Box 812577
Chicago, IL 60680-2577


People
2435 Tech Center Parkway
Lawrenceville, GA 30043


Pitney Bowers Global Financial Serv
P.O. Box 37874
Pittsburgh, PA 15250-7887


Pomp's Audio Online
Polk Audio Online


Portable Power Wash
2718 Connolly Ave Lane
Dundee, IL 60118


Power Clean
342 Marion Ave
Glen Ellyn, IL 60137


Premier Delivery Incorporated
8455 S. 77th Ave.
Bridgeview, IL 60455


Premier Trailer Leasing
P.O. Box 206553
Dallas, TX 75320-6553


Profit Tools
249 Calef Hwy
Lee, NH 03861

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Quality Mobile Truck Repair
2400 American Lane
Elk Grove Village, IL 60007


R & B Supply Co Inc.
P.O. Box 10367
Van Nuys, CA 91410-0367


Receivable Management Services
P.O. Box 361595
Columbus, OH 43236


Republic Services
P.O. Box 9001154
Louisville, KY 40290-1154


Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693-6723


Sagitaurus Inc
1737 N Lorel Ave
1st Floor
Chicago, IL 60638


SAIA Motor Freight
15W460 N Frontage Rd
Willowbrook, IL 60527


Securetech Solutions LLC
202 W Ravine Court
Barrington, IL 60010


Soloman Casas


Sprint
PO Box 4181
Carol Stream, IL 60197-4181

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


State Farm Insurance Support Ctr
P.O. Box 680001
McAllen, TX 78502


Sunrise Transfer Inc.
2100 Estes Ave
Unit C
Prospect Heights, IL 60070


Superior Personnel
14 Congress Circle
Roselle, IL 60172


Supple Soutlet Com


Terminal Supply Co
1800 Thunderbird
Troy, MI 48084


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


The PJC Group
1011 Manor Dr
Wilmette, IL 60091


Thrift Trucking
P.O. Box 4141
Peoria, IL 61607


Titan Safety Management Inc
2360 Palmer Ranch Dr
New Lenox, IL 60451


Toshiba America
P.O. Box 436357
Louisville, KY 40253

Trac Intermodal % US Bank
P.O. Box 952064
Saint Louis, MO 63195


Trailer Logistics Co Inc
P.O. Box 128
Libertyville, IL 60048


Translantic North America Inc
1525 Chase Ave
Elk Grove Village, IL 60007


Tri State Propane
P.O. Box 430
Minooka, IL 60447


UASC
511 South Ave
Cranford, NJ 07016


Uline
Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741


Union Pacific Railroad
5074 Collections Center Dr
Chicago, IL 60618


United Leasing (IL) LLC
4N760 Turnmill Ln
West Chicago, IL 60185


United Transportation LLC
4N760 Turnmill lane
West Chicago, IL 60185


UPS Supply
P.O. Box 730900
Dallas, TX 75373


US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258

Village of Elk Grove
901 Wellington Ave
Elk Grove Village, IL 60007


Washington National
P.O. Box 223388
Pittsburgh, PA 15251-2388


Waterlogic
P.O. Box 513030
Philadelphia, PA 19185-3030


Wells Fargo Equipment Finance
733 Marquette Ave
Prairie Du Chien, WI 53821


Wells Fargo Equipment Finance
600 South 4th St.
MACN9300-100
Minneapolis, MN 55415


Wentworth Tire Service
300 N York Rd
Bensenville, IL 60106


Xtra Lease
P.O. Box 99262
Chicago, IL 60693-9262

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Chi-Cargo, Inc.__

Debtor(s)

Case No. _____

Chapter   __7__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Chi-Cargo, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 25, 2017__

Date

**/s/ Joshua D. Greene**

**Joshua D. Greene**

Signature of Attorney or Litigant

Counsel for   __Chi-Cargo, Inc.__

**Springer Brown, LLC**

**300 S. County Farm Road**

**Suite I**

**Wheaton, IL 60187**

**630-510-0000 Fax:630-510-0004**

**www.springerbrown.com**